JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMOWA NORTH AMERICA INC, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLE RETAIL, INC., a California corporation,<br><br>Defendants. | Case No. 2:17-cv-08869-MWF-AS<br><br>**JUDGMENT** |

1

# **JUDGMENT**

WHEREAS good cause is shown based on the concurrently filed Stipulation of the parties thereto,

IT IS HEREBY ORDERED, ADJUGED AND DECREED that Judgment shall be entered in favor of plaintiff Rimowa North America Inc. ("Rimowa") and against defendant Cole Retail, Inc. ("Cole") in this action;

IT IS FURTHER ORDERED, ADJUGED AND DECREED that Rimowa shall recover money damages against Cole in the amount of $459,101.98 plus costs and post-judgment interest.

IT IS SO ORDERED.

Dated: November 13, 2018    By: _/s/ Michael W. Fitzgerald_
United States District Judge